Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jonathan Lee SMITH |
| **Docket Number:** | 2:03CR00173-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/17/2005 |
| **Original Offense:** | 21 USC 841(a)(1) - Distribution of Cocaine Base (2 Counts) (CLASS B FELONIES) |
| **Original Sentence:** | 132 months custody Bureau of Prisons (concurrent on each count); 120 months Supervised Release (concurrent on each count); $200 Special Assessment |
| **Special Conditions:** | 1) Warrantless search; 2) Financial disclosure; 3) Drug/alcohol treatment program; 4) Drug/alcohol testing program; 5) Alcohol restrictions; 6) Co-payment for treatment/testing; 7) Register as a drug offender; 8) DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/27/2012 |
| **Assistant U.S. Attorney:** | Richard Bender          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter          **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:    Jonathan Lee SMITH
Docket Number:  2:03CR00173-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:** Mr. Smith began his supervised release on April 27, 2012. During an office appointment on May 15, 2012, Mr. Smith reported he was prescribed psychotropic medication while in the Bureau of Prisons, and believes he was diagnosed with a depression and anxiety disorder. He was given about a month's worth of medication upon his release. He will need to continue taking his medication, and therefore will be in need of mental health services.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**
Telephone:  (916) 683-4375

**DATED:**    May 30, 2012
Elk Grove, California
WER/cj

**REVIEWED BY:**    /s/ Jack C. Roberson
**JACK C. ROBERSON**
**Supervising United States Probation Officer**

RE: Jonathan Lee SMITH
    Docket Number:  2:03CR00173-01
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)     Modification approved as recommended.

(  )     Modification not approved at this time. Probation Officer to contact Court.

(  )     Other:

Dated:  June 5, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge


cc:     United States Probation
        Richard Bender, Assistant United States Attorney
        Linda C. Harter, Assistant Federal Defender
        Defendant
        Court File