**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Docket No.:  2:03CR00173 |
| **Jonathan Lee Smith** ) | |
| ) | |
| _____ ) | |

On October 17, 2005, the above-named was sentenced to Supervised Release for a period of 10 years.  Supervision commenced on April 27, 2012.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,
/s/

Wendy E. Reyes
United States Probation Officer

Dated:  July 17, 2019
        Elk Grove, California
        WER/sda

**REVIEWED BY:**

**George A. Vidales
Supervising United States Probation Officer**

**Re:   Jonathan Lee Smith**
      **Docket No:   2:03CR00173**
      **Report and Order Terminating Supervised Release**
      **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jonathan Lee Smith be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  August 15, 2019

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

Attachment:   Recommendation

cc:   AUSA - Richard Bender
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Supervisee - Jonathan Lee Smith